UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SHIMMIN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-01917-PVC<br><br>ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of SEVEN THOUSAND TWO HUNDRED TWELVE DOLLARS AND NINETY SEVEN CENTS ($7212.97) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 5/24/23

    HONORABLE PEDRO V CASTILLO
    UNITED STATES MAGISTRATE JUDGE